UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANN MARIE HARKINS,

    Plaintiff,

v.                                                Case No. 8:16-cv-02362-T-SPF

PICK FIVE IMPORTS, INC., d/b/a MAXI-MATIC USA, a foreign corporation, and GUANGDONG TREDY ELECTRIC CO. LTD., a foreign corporation,

    Defendants.
_____/

**ORDER**

    The Court has been advised by the Notice of Settlement (Doc. 90) that the above styled action has been settled. Pursuant to Local Rule 3.08(b), this action is DISMISSED WITHOUT PREJUDICE to the right of any party, within sixty (60) days from the date of this Order, to submit a stipulated form of final judgment or to reopen the action upon a showing of good cause. After that 60-day period, however, dismissal shall be with prejudice. The Clerk is directed to (1) terminate any pending motions/deadlines and to (2) administratively close the case.

    DONE AND ORDERED in Tampa, Florida, on November 21, 2018.

SEAN P. FLYNN
UNITED STATES MAGISTRATE JUDGE

cc: Counsel of record.